IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL YOUNG,

    Plaintiff,                                    JUDGMENT IN A CIVIL CASE

v.                                                  13-cv-77-wmc

SHERIFF RONALD CRAMER,

    Defendant.

       This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

    /s/                                                                11/18/2013

Peter Oppeneer, Clerk of Court                        Date